Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GOMPF AND KAILA JACKSON, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>vs.<br><br>MONTEREY FINANCIAL SERVICES LLC; DOES 1-10, AND EACH OF THEM.<br>Defendant(s). | Case No.<br><br>**8:19-cv-02071-CBM-JDE**<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

   NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled individually. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** January 23, 2020         **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Todd M. Friedman
                         Todd M. Friedman

# CERTIFICATE OF SERVICE

Filed electronically on January 23, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on January 23, 2020, to:

To the Honorable Court, all parties and their Counsel of Record


s/Todd M. Friedman
   Todd M. Friedman