Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY GOMPF AND KAILA JACKSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MONTEREY FINANCIAL SERVICES LLC; DOES 1-10, AND EACH OF THEM. <br><br> Defendant(s). | Case No.: <br><br> **8:19-cv-02071-CBM-JDE** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 27th Day of March, 2020.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on March 27, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on March 27, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
   Todd M. Friedman